

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR89-924 WDK-1 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed.R.Crim.P. 32.1(a)(6); |
| | ) | 18 U.S.C. 3143(a)] |
| Valdez-Lopez Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD/CA___ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___see PSA factors @ pg 5 ¶ 1___

```
 1  _____
 2  _____
 3  _____
 4        and/or
 5  B.   ( )  The defendant has not met his/her burden of establishing by
 6        clear and convincing evidence that he/she is not likely to pose
 7        a danger to the safety of any other person or the community if
 8        released under 18 U.S.C. § 3142(b) or (c).  This finding is based
 9        on:_____
10        _____
11        _____
12        _____
13
14        IT THEREFORE IS ORDERED that the defendant be detained pending
15  the further revocation proceedings.
16
17  Dated:   1/15/10
18
19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE
```